IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER BRUNI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-2017 |
| OCEANVIEW ELECTRONICS, INC., et al. | : | |

## **ORDER**

AND NOW, this   23rd   day of March, 2012, the following motions are denied:

1. "Defendants' Motion to Dismiss the Amended Complaint Pursuant to Rule 12(b)" (docket no. 30);

2. "Plaintiffs' Motions for a Temporary Restraining Order and Preliminary Inunction and Request for Expedited Discovery") (docket no. 4).

A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.