IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PETER BRUNI, et al. : CIVIL ACTION
:
   v. :
: No. 11-2017
OCEANVIEW ELECTRONICS, :
INC., et al. :

## ORDER

AND NOW, this 20th day of July, 2012, "Defendants' Motion for Reconsideration of Denial of Their Rule 12(b) Motion to Dismiss the Amended Complaint" (docket no. 39) is granted in part - Count II of the amended complaint is dismissed. A memorandum accompanies this order.

BY THE COURT:

 /s/ Edmund V. Ludwig
Edmund V. Ludwig, J.